PROB 12C
(7/93)

Report Date: April 7, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 07 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leon Ernie Heemsah                Case Number: 0980 2:13CR02130-WFN-1

Address of Offender: ███████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 19, 2014

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 30 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon              Date Supervision Commenced: January 28, 2016

Defense Attorney:        Colin G. Prince               Date Supervision Expires: January 27, 2019

---

#### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2016, and ISSUE A WARRANT for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

5    **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

     **Supporting Evidence**: On or about March 28, 2016, Mr. Heemsah violated his conditions of supervised release. On March 25, 2016, Mr. Heemsah was released from the Spokane Residential Reentry Center (RRC) after his approval to reside with his father in Toppenish, Washington. The residence was approved on March 22, 2016, by United States Probation in Yakima, Washington. The offender was directed by the undersigned officer the day prior, March 24, 2016, that once released from the RRC, he needed to report to United States Probation Office in Yakima, Washington. Mr. Heemsah failed to report to United States Probation in Yakima, Washington, following his release from the RRC. Mr. Heemsah has absconded from supervision.

6    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
Re: Heemsah, Leon Ernie
April 7, 2016
Page 2

**Supporting Evidence**: On April 4, 2016, Mr. Heemsah violated his conditions of supervised release. United States Probation Officer (USPO) Santana contacted Mr. Heemsah's father in Toppenish, Washington. His father reported to USPO Santana that Mr. Heemsah did not show up to his residence after his release from the RRC, and he has not spoken with Mr. Heemsah. The offender has failed to notify United States Probation of a change in residence. He has not been staying at the address that was approved by United States Probation in Yakima, Washington, since his release from the RRC. Mr. Heemsah's whereabouts are unknown and it appears he has absconded from supervision.

The United States Probation Office respectfully recommends the Court incorporate the violations contained in this petition and issue a warrant for the arrest of the offender to answer to the allegations contained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 7, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/7/16
Date