PROB 12C  
(6/16)

Report Date: September 22, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 6 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leon Ernie Heemsah    Case Number: 0980 2:13CR02130-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 19, 2014

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 30 months    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon    Date Supervision Commenced: January 28, 2016

Defense Attorney:    Colin G. Prince    Date Supervision Expires: January 27, 2019

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2016 and 04/07/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On or about July 31, 2016, Mr. Heemsah was arrested and charged in Yakima Tribal Court with assault and obstruction. The undersigned officer was informed by staff at the Yakima Tribal Jail that Mr. Heemsah pled guilty to these charges on or about September 2, 2016.<br><br>**Supporting Evidence:** On or about August 23, 2016, Mr. Heemsah was charged with obstruction of justice, disobedience, and escape. Mr. Heemsah entered a guilty plea on these charges on or about August 24, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 22, 2016
_____

s/Corey M. McCain
_____

Corey M. McCain  
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

Sept 26, 2016
Date