# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 19, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Leon Ernie Heemsah              Case Number: 0980 2:13CR02130-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 19, 2014

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| Original Sentence: (May 19, 2014) | Prison - 30 months TSR - 36 months | Type of Supervision: Supervised Release |
|---|---|---|
| Revocation Sentence: (November 8, 2016) | Prison - 14 months TSR - 22 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 17, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 16, 2019 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, you must report to the probation officer as instructed. |

**Supporting Evidence**: On November 17, 2017, Mr. Heemsah reported to the U.S. Probation Office for the purpose of an intake. He signed his conditions acknowledging an understanding of his conditions of supervision, to include standard condition 2, as noted above.

On or about January 12, 2018, Mr. Heemsah released from custody after serving a jail sentence for a Washington State Department of Corrections (DOC) violation. On Monday, January 15, 2018, the undersigned officer sent Mr. Heemsah a text message advising him that this officer was going to conduct a home visit at his listed residence on Tuesday, January 16, 2018, so Mr. Heemsah didn't have to report to the office.

On January 16, 2018, the undersigned conducted a home visit at Mr. Heemsah's listed address, which he shares with his grandmother and his sister. The grandmother confirmed his release from custody; however, she stated she was unsure of his whereabouts as he did not stay at the residence the night prior. His sister stated she was unsure of his whereabouts but claimed to be expecting him at the house anytime. A business card was left with a message to have Mr. Heemsah contact the undersigned officer immediately for further instructions. Mr. Heemsah did not contact this officer on January 16, 2018.

On January 17, 2018, the undersigned attempted to contact Mr. Heemsah by telephone and a voice mail was left directing him to contact this officer immediately. Several hours later, Mr. Heemsah responded by text message stating he was in Toppenish, Washington, and claimed to be heading back to Spokane, Washington, the following day. The undersigned officer directed him to report to the U.S. Probation Office immediately upon his arrival. He responded that he would report as directed.

On January 18, 2018, Mr. Heemsah sent this officer another text message claiming that his bus leaves Yakima, Washington, at 11:30 a.m. and will arrive in Spokane at approximately 3:00 p.m.

Later in the day, a text message was sent to Mr. Heemsah and he didn't respond. At approximately 4:00 p.m., the undersigned officer called Mr. Heemsah and he did not answer. Another voice mail was left directing him to immediately report to the U.S. Probation Office.

The undersigned officer called Mr. Heemsah's grandmother and sister in an attempt to question them regarding Mr. Heemsah's whereabouts; however, they did not answer, so a voice mail was left.

At the time of this report, Mr. Heemsah has failed to report as directed and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/19/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

**Prob12C**
**Re: Heemsah, Leon Ernie**
**January 19, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_1/19/2018_____
Date