PROB 12C
(6/16)

Report Date: January 22, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leon Ernie Heemsah          Case Number: 0980 2:13CR02130-WFN-1

Address of Offender: 10913 West 6th Avenue, Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 19, 2014

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence:<br>(May 19, 2014) | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 8, 2016) | Prison - 14 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 17, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 16, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 4**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On November 17, 2017, Mr. Heemsah reported to the U.S. Probation Office for the purpose of an intake.  He signed his conditions acknowledging an understanding of his conditions of supervision, to include special condition number 4, as noted above. |

Prob12C
**Re: Heemsah, Leon Ernie**
**January 22, 2018**
**Page 2**

                Mr. Heemsah scheduled his chemical dependency assessment at Pioneer Human Services (PHS) for January 19, 2018. On December 12, 2017, the undersigned officer met with Mr. Heemsah at his residence, he was reminded about the importance of attending his chemical dependency evaluation on January 19, 2018. The undersigned officer also assisted him to put the appointment date on his phone calender as a reminder.

                On January 16, 2018, a home visit was conducted in an attempt to make contact with Mr. Heemsah. Mr. Heemsah was not home and a message was left for him to attend his chemical dependency evaluation at PHS on January 19, 2018. On January 19, 2018, PHS contacted the undersigned officer and advised Mr. Heemsah did not attend his chemical dependency evaluation as directed.

3        **Special Condition # 5:** You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to testing (which may include urinalysis or sweat patch**)**, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                **Supporting Evidence**: On November 17, 2017, Mr. Heemsah reported to the U.S. Probation Office for the purpose of an intake. He signed his conditions acknowledging an understanding of his conditions of supervision, to include special condition number 5, as noted above.

                On January 22, 2018, Mr. Heemsah reported to the U.S. Probation Office and he was directed to submit to a urinalysis test. The urine sample tested presumptive positive for morphine and methamphetamine. Mr. Heemsah denied using any illicit drugs. He further stated he was intoxicated on January 19, 2018, and he does not remember if he used illicit drugs or not. The urine sample was sent to Alere Toxicology for further testing and the results are pending.

4        **Special Condition # 6**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

                **Supporting Evidence** : On November 17, 2017, Mr. Heemsah reported to the U.S. Probation Office for the purpose of an intake. He signed his conditions acknowledging an understanding of his conditions of supervision, to include special condition number 6, as noted above.

                On January 22, 2018, Mr. Heemsah reported to the U.S. Probation Office. He was questioned about any illicit drug or alcohol use. Mr. Heemsah admitted to consuming alcohol on Friday January 19, 2018, and signed an admission form.

Prob12C
**Re: Heemsah, Leon Ernie**
**January 22, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/22/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/22/2018
Date